UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK METZLER, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No.  2:20-cv-01592-HB |
| vs. | **JURY TRIAL DEMANDED** |
| PALMCO ENERGY P.A LLC D/B/A INDRA ENERGY, | |
| *Defendant*. _____/ | |

## NOTICE OF SETTLEMENT

Plaintiff, Mark Metzler, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: July 8, 2020

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

      Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By:    */s/ Andrew J. Shamis*
       Andrew J. Shamis, Esq.
       Florida Bar # 101754

*Counsel for Plaintiff and the Class*