UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK METZLER, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

PALMCO ENERGY P.A. LLC d/b/a INDRA ENERGY, a Pennsylvania Limited Liability Company,

       Defendant.

Case No. 2:20-cv-01592-HB

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and Order of Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

**FREED KANNER LONDON & MILLEN LLC**

  /s/ Jonathan M. Jagher
Jonathan M. Jagher, Esquire
923 Fayette Street
Conshohocken, PA 19428
jjagher@fklmlaw.com


  /s/ Andrew J. Shamis
Andrew J. Shamis, Esquire
Shamis & Gentile, P.A.
14 NE 1st Ave. Suite 705
Miami, FL 33132
ashamis@shamisgentile.com

*Attorneys for Plaintiffs*

**MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP**

  /s/ Jason G. Wehrle
Jason G. Wehrle, Esquire
2605 Nicholson Road
Building V, Suite 5100
Sewickley, PA 15143
(412) 928-0502 (Telephone)
jwehrle@defensecounsel.com

*Attorney for Defendant, PALMCO ENERGY PA, LLC d/b/a INDRA ENERGY*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK METZLER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PALMCO ENERGY P.A. LLC d/b/a INDRA ENERGY, a Pennsylvania Limited Liability Company,

    Defendant.

Case No. 2:20-cv-01592-HB

## **ORDER OF COURT**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    IT IS SO ORDERED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE